_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
January 03, 2023

Zachary E. Mazur, (NY Bar No. 5706726) *pro hac vice*
Sarachek Law Firm
670 White Plains Road #PH
Scarsdale, New York 10583
zachary@saracheklawfirm.com (646) 519-4396
*Special Litigation Counsel for Lenard E. Schwartzer, Trustee*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>WELSCORP, INC.<br><br>                                    Debtor.<br><br>☐ Affects Einstein Sports Advisory Ltd.<br>☐ Affects QSA LLC<br>☐ Affects Wellington Sports Club, LLC<br>☐ Affects Welscorp, Inc.<br>☒ Affects All Debtors | Case No. BK-S-19-18056-ABL **(Lead Case)**<br><br>**Consolidated under BK-S-19-18056-ABL with:**<br><br>Case No. BK-S-20-11597-ABL<br>Case No. BK-S-20-11211-ABL<br>Case No. BK-S-20-11215-ABL<br><br>Chapter 7 |
| LENARD E. SCHWARTZER, in his capacity as CHAPTER 7 TRUSTEE<br><br>                    Plaintiff,<br><br>          vs.<br><br>GREG FOWLER<br><br>                    Defendant. | **ADVERSARY PROCEEDING**<br><br>Case No. 21-01174-ABL<br><br><br>**JUDGMENT AGAINST DEFENDANT GREG FOWLER** |

    On October 21, 2021, Plaintiff Lenard E. Schwartzer, in his capacity as Chapter 7 Trustee in the above captioned matter (the "Plaintiff") filed an Adversary Complaint against Greg Fowler ("Defendant") for the avoidance and recovery of transfers pursuant to 11 U.S.C. §§ 544 and 548.

On September 14, 2022, Plaintiff filed his *Plaintiff's Motion for Summary Judgment* [ECF 13] (the "Motion for Summary Judgment"), the accompanying *Statement of Undisputed Facts* [ECF 14], the *Request for Judicial Notice in Support of Plaintiff's Motion for Summary Judgment* [ECF 16]. Defendant opposed the motion [ECF 20]. The hearing on the Motion for Summary Judgment was held on November 10, 2022, with appearance by Zachary E. Mazur, Esq. on behalf of the Plaintiff, and Defendant Greg Fowler appearing *pro se*, and on December 16, 2022 the Court rendered an oral ruling granting the motion in its entirety, stating on the record its findings of fact and conclusions of law, which are incorporated herein pursuant to Federal Rules of Bankruptcy Procedure 9014(a) and (c) and 7052, and Federal Rule of Civil Procedure 52.

The Order Granting Plaintiff's Motion for Summary Judgment has been entered concurrently herewith and is incorporated herein. Good cause appearing therefor,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that, the Plaintiff's Motion for Summary Judgment having been granted in its entirety, JUDGMENT is hereby entered against Defendant Greg Fowler and in favor of Lenard E. Schwartzer, in his capacity as Chapter 7 Trustee in the above captioned matter, in the principal amount of ninety six thousand three hundred forty two dollars and seventy two cents ($96,342.72), plus fees and costs and prejudgment interest, plus statutory interest from the date of entry of this Judgment until paid in full.

**IT IS FURTHER ORDERED** that the Trustee is authorized to record this judgment and take any necessary actions to recover on it.

###

Submitted by:
*/s/ Zachary E. Mazur*
Zachary E. Mazur, (NY Bar No. 5706726) *pro hac vice*
Sarachek Law Firm
670 White Plains Road #PH
Scarsdale, New York 10583
*Special Litigation Counsel for*
*Lenard E. Schwartzer, Trustee*

**CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021**

In accordance with Local Rule 9021, counsel submitting this document certifies as follows:

☐ The Court has waived the requirement of approval in LR 9021(b)(1).

☐ No party appeared at the hearing or filed an objection to the Motion.

X  I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

_____
GREG FOWLER
*Pro se Defendant*
APPROVED / DISAPPROVED / **FAILED TO RESPOND**

☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.